# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Mylo | E1485227 | SrA York | Y5661 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 06/17/2022  10:15 | MSC 6-301C |

**Place of Offense:** 2193 White ct Unit-B JB Andrews AFB 20762

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Malicious destruction of property

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Mason | Mark | E |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1485227*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **17 June**, 20**22** while exercising my duties as a law enforcement officer in the **JB Andrews** District of **Prince Georges co**

While responding to a 911 call the complainant stated her husband broke her phone. Refer to public affairs for pictures taken at the scene.

Witness: Tristan G Dawson [crossed out] XLSFS

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/17/2022** [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.