# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| My10 | E 1485228 | S. York | Y5661 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/17/2022  18:15 | MSC 4-501b |

Place of Offense: 2193 White ct unit-B JB Andrews AFB 20762

Offense Description: Factual Basis for Charge

Domestic Violence

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Mason | Mark | E |

[Street Address and vehicle info redacted]

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

X Defendant Signature: [signed]

Original - CVB Copy

*E1485228*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **17 June**, 20**22** while exercising my duties as a law enforcement officer in the **JB Andrews** District of **Prince Georges Co**

While responding to a 911 call the complainant stated her husband grabbed and pushed her into her room and held her against her will.

Witness: Tristan C. Dawson [signature] 316565

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/17/2022**  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident