```
                                                       ___ FILED      ___ ENTERED
                                                       ___ LOGGED     ___ RECEIVED

                                                              OCT 2 4 2022
```

UNITED STATES DISTRICT COURT
for the
District of Maryland

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America )
v. )
Mark E. Mason )  Case No. 22-PO-2988
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ )
)
)
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 6/17/2022 in the county of Prince George's in the District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 113 (a)(5) | within the special territorial jurisdiction of the US, in the State and District of Maryland, assault L.M. by grabbing her by the arms and pushing her into a room against her will |
| Maryland State Code, Section 6-301 | within the special territorial jurisdiction of the US, in the State and District of Maryland, did willfully and maliciously damage a cell phone, the personal property of L.M. by throwing the phone across the room then crushing the phone, in violation of Title 18 United States Code, Section 7(3) and 13 |

This criminal complaint is based on these facts:

On or about 17 June 2022, on Joint Base Andrews, Maryland, the Base Defense Operations Center received a call from L.M. stating that her husband was screaming at her and requested assistance. Security Forces personnel arrived on scene and interviewed the victim L.M., who provided a sworn statement that her husband, Mark Mason, grabbed her by the arms and pushed her into a room and held her there against her will for approximately ten minutes. Additionally, victim stated Mark Mason threw her cell phone across the room then crushing it causing damage.

I hereby certify that the above affidavit is true to the best of my knowledge and belief.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gunayla Coleman Burton  Confinement NCO
Printed name and title

Page 1 of 7

Second page of Criminal Complaint, Mark E. Mason, Case No: _____

Sworn to before me and signed in my presence.

Date: __10/21/22__          _____
                                               Judge's signature

City and State: <u>Joint Base Andrews, Maryland</u>   C. BRUCE ANDERSON, U.S. Magistrate Judge
                                                                               Printed name and title

Page 2 of 2