**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) **MOTION TO DISMISS** |
| v. | ) **WITHOUT PREJUDICE** |
| | ) |
| **MARK E. MASON** | ) |
| | ) **CASE NO: 22-PO-2988** |
| Defendant | ) |

The United States respectfully requests this honorable court grant a motion to dismiss without prejudice in the above styled matter.

### *I. Facts and Circumstances*

On 17 June 2022, the Defendant was charged within the special territorial jurisdiction of the United States in the State and District of Maryland with violating Title 18 United States Code, Section 113 (a)(5), simple assault and Maryland State Code, Section 6-301 (assimilated), willfully damaging a cell phone in violation of Title 18 United States Code, Section 7(3) and 13.

### *II. Argument*

On 20 December 2022 the government spoke with the victim in this case and she does not wish to participate in the prosecution of this case.  Therefore, the government requests this case be dismissed without prejudice.

### *III. Conclusion*

Therefore, the United States respectfully requests this honorable court grant a motion to dismiss without prejudice in the above styled matter.

Respectfully Submitted,

KATARINA MARCZESKI, Captain, USAF
Special Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

UNITED STATES OF AMERICA              )
                                      )
                                      )         **MOTION TO DISMISS**
v.                                    )         **WITHOUT PREJUDICE**
                                      )
MARK E. MASON                         )
                                      )         **CASE NO: 22-PO-2988**
_____Defendant_____)


**ORDER**

Having read and reviewed the United States' motion to dismiss without prejudice in the above referenced case, it is ORDERED, THIS _____day of _____, 2023, that the motion is GRANTED.


                                   _____
                                   C. BRUCE ANDERSON
                                   UNITED STATES MAGISTRATE JUDGE

Copies to:

Captain Katarina Marczeski
Special Assistant United States Attorney
316 WG/JA
1500 W. Perimeter Road, Suite 2110
Joint Base Andrews MD 20762

Mr. Michael Ott
MIKE@MURNANEANDONEILL.COM

## CERTIFICATE OF SERVICE

I CERTIFY I SERVED THIS MOTION TO DISMISS FOR UNITED STATES V. MARK MASON, CASE 22-PO-2988 ON THE __4ᵗʰ__ DAY OF __JAN__ 2023. THIS INFORMATION WAS E-MAILED TO:

MR. MICHAEL OTT
MIKE@MURNANEANDONEILL.COM

KATARINA MARCZESKI, Captain, USAF
Special Assistant United States Attorney